**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1223**

_____

RODERICO RAMIREZ RODRIGUEZ, Individually and as Father and
Natural Guardian of J.L.R.P., minor,

          Plaintiff - Appellant,

     v.

JOHN F. KERRY, Secretary of State, U. S. Department of
State; JANET NAPOLITANO, Secretary, U. S. Department of
Homeland Security; DONALD NEUFELD, Associate Director,
U.S.C.I.S. Service Center Operations Directorate,

          Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge.  (5:12-cv-00252-BR)

_____

Submitted:  July 17, 2013         Decided:  August 6, 2013

_____

Before DAVIS, KEENAN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James A. Satcher, Jr., Rome, Georgia, for Appellant.  Stuart F.
Delery, Acting Assistant Attorney General, Jeffrey S. Robins,
Assistant Director, Craig A. Defoe, Office of Immigration
Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington,
D.C., for Respondents.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roderico Ramirez Rodriguez appeals the district court's order dismissing his civil complaint for lack of subject matter jurisdiction under the doctrine of consular nonreviewability and for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ramirez Rodriguez v. Clinton,[*] Case No. 5:12-cv-00252-BR (E.D.N.C. Jan. 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] On appeal, John F. Kerry has been substituted for his predecessor, Hillary Rodham Clinton, as Secretary of State. See Fed. R. App. P. 43(c)(2).